| AO-10<br>Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Stearns, Richard G | 2. Court or Organization<br><br>U.S.D.C. Massachusetts | 3. Date of Report<br><br>3/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 11/24/1993<br><br>○ Initial  ● Annual  ○ FInal | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>1 Courthouse Way<br>Boston, MA 02109 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner | Massachusetts Prosecutor's Guide |
| 2.  Trustee (non-compensated) | Vincent Memorial Hospital (Massachusetts General Hospital - Boston) |
| 3. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAR -7 A II: 04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Steams, Richard G | 3/2/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Massachusetts Prosecutor's Guide (Book Royalties) | $10,277.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Law School Student Loan Guarantee | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G | 3/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TECO Common | B | Dividend | K | T | None | | | | |
| 2. Westar Energy Common | A | Dividend | K | T | None | | | | |
| 3. First Energy Common | A | Dividend | J | T | None | | | | |
| 4. Fleet/Bank of America Common | D | Dividend | M | T | None | | | | |
| 5. Mass. Pros. Guide | C | Dividend | M | T | None | | | | |
| 6. Fleet/Bank of America MMF | A | Interest | K | T | None | | | | |
| 7. Fleet/Bank of America MMF Savings | A | Interest | J | T | None | | | | |
| 8. Citizens Bank Keogh 401K | B | Interest | L | T | None | | | | |
| 9. Fidelity Growth & Inc. IRA | C | Dividend | N | T | None | | | | |
| 10. State St. Bank 401K | A | Interest | N | T | None | | | | |
| 11. Fidelity Growth & Inc. IRA | A | Dividend | L | T | None | | | | |
| 12. Fidelity Equity Inc. II IRA | A | Dividend | L | T | None | | | | |
| 13. Fidelity Utilities Fund IRA | A | Dividend | K | T | None | | | | |
| 14. Fleet/Bank of America IRA | B | Interest | L | T | None | | | | |
| 15. Rhumbline, Inc. (Boston) | A | None | J | U | None | | | | |
| 16. Fidelity Cash Reserves | A | Dividend | J | T | None | | | | |
| 17. Morgan Stanley | A | Dividend | K | T | None | | | | |
| 18. Citizen's Bank Check | A | Interest | J | T | None | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G | 3/2/2005 |

## V.II. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fidelity Government Bond IRA | A | Dividend | J | T | None | | | | |
| 20. Sun Micro Common | A | None | J | T | None | | | | |
| 21. Fleet/Bank of America Check | A | Interest | J | T | None | | | | |
| 22. Citizens Bank Savings | A | Interest | J | T | None | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

VII.  Line 4.  Fleet Bank is now Bank of America

VII.  Line 5.  The Massachusetts Prosecutor's Guide portfolio is invested in Fidelity Asset Manager (L), Fidelity Equity Income II (K), Fidelity Growth & Income (L), and Fidelity Spartan U.S. Treasury (K), all mutual funds.

VII.  Line 8.  This Citizens Bank Keogh Account is invested in a Certificate of Deposit.

VII.  Line 10.  This 401K Retirement Plan is invested in State Street Bank stock and money market instruments.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stearns, Richard G | 3/2/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date____**3-2-05**._____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544